IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-617-D

| | | |
|---|---|---|
| CHRISTOPHER SWINDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CACI NSS, INC., and | ) | |
| QUICK SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

On February 26, 2018, Quick Services, LLC moved to dismiss Christopher J. Swindell's complaint for failure to state a claim upon which relief can be granted [D.E. 19] and filed a memorandum in support [D.E. 20]. On March 19, 2018, Swindell responded in opposition [D.E. 24].

The court has reviewed the complaint under the governing standard. See, e.g., Ashcroft v. Iqbal, 556 U.S. 662, 677–81, 684–86 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 554–63 (2007). The complaint plausibly alleges claims under Title VII and 42 U.S.C. § 1981.

In sum, defendant's motion to dismiss [D.E. 19] is DENIED.

SO ORDERED. This 10 day of April 2018.

JAMES C. DEVER III
Chief United States District Judge