IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-617-D

CHRISTOPHER SWINDELL, )
)
        Plaintiff, )
)
v. ) **ORDER**
)
CACI NSS, INC., and )
QUICK SERVICES, LLC, )
)
        Defendants. )

In light of plaintiff's appeal and motion to stay, the court DENIES without prejudice each defendant's motion for bill of costs [D.E. 98, 101]. The court DENIES as moot plaintiff's motion to stay [D.E. 106]. Each defendant may file a new application for costs if the judgment as to that defendant is affirmed on appeal.

SO ORDERED. This 30 day of December 2020.

                                                      JAMES C. DEVER III
                                                      United States District Judge